ADELBERT AYERS, Respondent, *v.* VILLAGE OF HERKIMER, Appellant.

Argued June 8, 1937; decided July 13, 1937.

*Francis J. Moore* for appellant.

*Fred J. O'Donnell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.